UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-01282-SHK | Date: | October 11, 2022 |
| Title: | *GS Holistic, LLC v. New Age Glass Smoke Shop Inc., et al.* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

  On August 3, 2023, Plaintiff GS Holistic, LLC ("Plaintiff") filed a Notice of Settlement ("Notice"). Electronic Case Filing Number ("ECF No.") 11, Notice. In the Notice, Plaintiff informs the Court that "all parties have settled all claims in this matter and are finalizing the terms to execute a Confidential Settlement Agreement." Id. at 1. Plaintiff adds that "Plaintiff will soon dismiss this case, upon finalization of the agreed upon terms of the Settlement Agreement." Id. Plaintiff, however, did not provide any timeline for when the case would be dismissed and no action has been taken in this matter in more than thirty days.

  Accordingly, Plaintiff is to ORDERED TO SHOW CAUSE by **October 20, 2023**, why the Court should not deem the litigation abandoned. Plaintiff can comply with this OSC by filing a status report indicating when the requisite documents dismissing the matter will be filed.

  **IT IS SO ORDERED.**